IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> BETTY ORTIZ and DANNY ORTIZ, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:16-cv-996-O |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and recommendation in this case. *See* ECF No. 6. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge is accepted as the findings of the Court. It is **FURTHER ORDERED** that Defendants' Motion to Proceed In Forma Pauperis is **DENIED**. It is **FURTHER ORDERED** that if removing parties Betty Ortiz and Danny Ortiz do not pay to the clerk of Court the filing and administrative fees of $400.00 **on or before November 17, 2016**, this case will be subject to dismissal/remand without further notice under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **10th day** of **November, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**